1  MELINDA HAAG
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7

8  Attorneys for Defendants

9                  UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                     SAN FRANCISCO DIVISION

12 DHARM SINGH SAUD,                )
                                    ) No. C 10-3047 MEJ
13              Plaintiff,          )
                                    )
14         v.                       ) **STIPULATION TO DISMISS; AND**
                                    ) [PROPOSED] **ORDER**
15 JANET NAPOLITANO, Secretary of Homeland )
   Security, et al.,                )
16                                  )
                Defendants.          )
17 _____  )

18

19    Plaintiff, by and through his attorney of record, and Defendants, by and through their attorney

20 of record, hereby stipulate to dismissal of the above captioned action pursuant to Fed. R. Civ. P.

21 41(a), Defendants having approved Plaintiff's asylee relative petition and application for

22 adjustment of status. Each party to bear its own costs and fees, and no attorneys' fees or costs

23 under the Equal Access to Justice Act, or any other provision of law, will be sought in the

24 above-captioned matter.

25

26 ///

27

28

Stipulation to Dismiss
C10-3047 MEJ

The parties will bear their own costs and fees.

Date: August 16, 2010

Respectfully submitted,

MELINDA HAAG
United States Attorney

_____/S/_____
ILA C. DEISS[1]
Assistant United States Attorney
Attorneys for Defendants

Date: August 16, 2010

THEODORE ROETHKE
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: August 17, 2010

MARIA-ELENA JAMES
United States Magistrate Judge

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

Stipulation to Dismiss
C10-3047 MEJ                                                2